TOTAL TIME: ___ hours ___ minutes    DEPUTY CLERK __Dew__   HONORABLE __Droney__   CT cvmhrg (October 17, 2001)
RPTR/ERO/TAPE __Marshall__

DATE 10/17/03    START TIME 11:50   END TIME _____
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

Braheney
vs.
Wallingford

CIVIL NO. 3:00CV2468 CFD

__Brooks__
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

__Voccio__
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☒ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscelaneous Hearing
☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing
☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

☒ #30  Motion **for Summary Judgment** — ☐ granted ☐ denied ☒ advisement

_____ Hearing continued until _____ at _____