UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR 20 P 12: 27
DISTRICT COURT
HARTFORD, CT.

CYNTHIA BRAHENEY           :

v.                         :    CASE NO. 3:00CV2468(CFD)

TOWN OF WALLINGFORD        :
WALLINGFORD FIRE DEPT.
WAYNE LEFEBVRE

## JUDGMENT

This action having come on for consideration of the defendants' motion for summary judgment before the Honorable Christopher F. Droney, United States District Judge, and

The Court having considered the full record of the case including applicable principles of law and having filed a Ruling granting the motion, it is therefore,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants.

Dated at Hartford, Connecticut, this 20th day of April, 2004.

KEVIN F. ROWE, Clerk

By D Johnson
Devorah Johnson
Deputy Clerk

EOD_____